Amended Complaint

Charles Edward Virgil Jr        Case No: 19 CV-07884
   vs
Thomas J. Dart
(Cook County Sheriff officers)

Charles Edward Virgil Jr
   vs
IDOC, Et Al.,                   Case No: 1:19 CV-08524
Warden. Barnes of Stateville
N.R.C, Corr, C.T.R, And L.T Young

Cont-on Back →

(Name of Judge: Sharon Johnson Coleman)
(Magistrate Judge: Maria Valdez)

Basic Claim made: Excessive force, Cruel and unusual Punishment

In that Notify The Court in writing The Address has Changes

(Charles Edward Virgil JR
319 W. Swann St
Chicago, IL 60609)

Respectfully Amended
Charles Edward Virgil JR
Charles Edward Virgil JR
Date 3-23-2020